IN THE SUPREME COURT OF TENNESSEE

AT NASHVILLE

FILED

September 21, 1998

Cecil W. Crowson
Appellate Court Clerk

DAVID A. ALEXANDER and )
MACLIN P. DAVIS, JR., )
                                  )    Appeal
      Plaintiffs-Appellees        )    No. 01-S-01-9705-CH-00103
                                  )
                                  )    Davidson County
v.                                )    No. 91-4018-II(III)
                                  )
JULIA ANN WHITE INMAN             )
                                  )
      Defendant-Appellant         )


ORDER


     The appellant has filed a petition to rehear pursuant to Tenn. R. App. P. 30 in which appellant requests this Court to reconsider its opinion filed June 22, 1998.


     After due consideration, it is ORDERED that the petition to rehear is denied.


PER CURIAM